**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: October 17, 2017**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Angela D Rhoads AKA Angela | : | Case No.: 17-32591 |
| Deena Rhoads, AKA Angela D. | : | Chapter 7 |
| Thoads | : | Judge Guy R. Humphrey |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| Debtor(s). | : | |
| | : | |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET NUMBER 16) ON FIRST MORTGAGE AS TO COLLATERAL DESCRIBED AS 2016 PASSPORT 2810 BH VIN# 4YDT2812XGT410980

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by Bank of America, N.A. ("Movant") filed as Docket Number 16.

Movant has alleged that good cause exists for granting the Motion and that Angela D Rhoads AKA Angela Deena Rhoads, AKA Angela D. Thoads ("Debtor"), counsel for the Debtor, the Trustee, and all other necessary parties were served with the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

17-031459_ZTM

1. The Motion is granted and the automatic stay imposed by 11 U.S.C. § 362 of the Bankruptcy Code is terminated with respect to the Movant and its successors and assigns, as to the collateral owned by Debtor and described as 2016 Passport 2810 BH TT VIN# 4YDT2812XGT410980.

2. Movant may proceed with an action to reclaim and liquidate Debtor's collateral, described as 2016 Passport 2810 BH VIN# 4YDT2812XGT410980.

**SO ORDERED.**

/s/ John R. Cummins

---

Adam B. Hall (0088234)
Edward H. Cahill (0088985)
John R. Cummins (0036811)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Movant
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

Copies to:
Default list plus additional parties

Angela D Rhoads AKA Angela Deena Rhoads,
AKA Angela D. Thoads
Debtor
7084 Farmers Rd.
Martinsville, OH 45146
(notified by regular US Mail)

###