# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Angela D Rhoads AKA Angela Deena Rhoads, AKA Angela D. Thoads | : : : | Case No.: 17-32591 Chapter 7 Judge Guy R. Humphrey |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| Debtor(s). | : | |

## TRUSTEE ABANDONMENT

Notice is given, in accordance with Rule 6007 of the Federal Rules of Bankruptcy Procedure and § 554 of the United States Bankruptcy Code, of the Trustee's abandonment of this property (the "Property"):

| | |
|---|---|
| Creditor: | Bank of America, N.A. |
| Description of Property: | 2016 Passport 2810 BH. Note and Security Agreement attached as Exhibit A. |
| Estimated Market Value: | $22,650.00 |
| Source of Valuation: | NADA from client |
| Total Amount of Liens: | $21,859.42, as of October 6, 2017 plus interest at 0%. |
| Additional Lienholders: | See Schedule D which is attached as Exhibit C |
| Claimed Exemptions: | $0 |

You are notified that unless a written objection is filed no later than twenty-one (21) days from the date of service of this Trustee Abandonment, together with a request for hearing, and served on the trustee, the debtor, debtor's counsel and the party proposing abandonment, the property may be abandoned without further notice.

Dated: 10/17/17    Respectfully submitted,

/s/ John G. Jansing
John G. Jansing
Chapter 7 Trustee
One South Main Street
Suite 1590
Dayton, OH  45402

17-031459_EDG

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Trustee Abandonment was **electronically**

through the court's ECF System at the email address registered with the court:

Office of U.S. Trustee, Southern District of Ohio, Party of Interest, 170 North High Street, #200, Columbus, OH  43215

John G. Jansing, One South Main Street, Suite 1590, Dayton, OH  45402, jansingj@altickcorwin.com

Joseph H. Dennis, Attorney for Angela D Rhoads AKA Angela Deena Rhoads, AKA Angela D. Thoads, 245 North South Street, Wilmington, OH  45177-1648, dwlawbk@zoomtown.com

and by ordinary U.S. mail on October  20 , 2017 addressed to:

Angela D Rhoads AKA Angela Deena Rhoads, AKA Angela D. Thoads, 7084 Farmers Rd., Martinsville, OH  45146

/s/ John R. Cummins
Adam B. Hall

17-031459_EDG