# OHIO CERTIFICATE OF TITLE

**STATE OF OHIO**

ISSUING CNTY **CLERMONT**
RESIDENT CNTY **HIGHLAND**

ORIGINAL

No. **13 0252 4815**

ISSUE DATE **08/13/2015**

IDENTIFICATION NUMBER
**4YDT2812XGT410980**

YEAR **2016**   MAKE —   MAKE DESCRIPTION **PASSPORT**

COMMENTS

PURCHASE PRICE **$21,039.00**   BODY TYPE **TT**   MODEL —   MODEL DESCRIPTION **PP2810BH16**

TAX **$1,628.95**   MILEAGE **NO ODOM**   EVIDENCE **OH MCO – IN STATE**

CONVERSION

MFG BRAND

BRAND(S)

OWNER
**ANGELA D. RHOADS**

**7144 HIGHLAND TRAILS E**
**HILLSBORO, OH 45133**

PREVIOUS OWNER
**HOLMAN MOTORS INC**

**4387 ELICK LANE**
**BATAVIA, OH 45103-0000**

**13017128    ND000840**

FIRST LIENHOLDER    DATE OF LIEN: **06/13/2015**
**BANK OF AMERICA NA**

**PO BOX 2759**
**JACKSONVILLE, FL 32203-2759**

LIEN DISCHARGE
Lienholder

by
Authorized signature    date
CLERK LIEN CANCELLATION

Deputy Clerk    date

LIEN DISCHARGE
Lienholder

by
Authorized signature    date
CLERK LIEN CANCELLATION
by

Deputy Clerk    date

WITNESS MY HAND AND OFFICIAL SEAL THIS 13th DAY OF AUGUST, 2015

Redacted

Redacted

Redacted

**BARBARA A. WIEDENBEIN**
**CLERK OF COURTS**

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

VOID IF ALTERED

BMV 3800 Rev. 3/12

ERASURES AND ALTERATIONS VOID THIS TITLE. ASSIGNMENT. (Type or print in ink.)

## ASSIGNMENT OF OWNERSHIP

I (we) certify the vehicle or watercraft or outboard motor described in this title was delivered on ____ / ____ / ____ for the price of $ _____ to:                                    Is Seller a Minor?  ☐ Yes  ☐ No

Transferee's/Buyer's printed name _____

Transferee's/Buyer's printed address _____

## ODOMETER CERTIFICATION

Federal and State laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

I (we) certify to the best of my (our) knowledge that the odometer now reads ⬜⬜⬜,⬜⬜⬜ **thousands** ⬜ **tenths** miles and is the actual mileage of the vehicle unless one of the following statements is checked.

☐ The mileage stated is in excess of the mechanical limits.          ☐ The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

This vehicle was a (if applicable):  ☐ Former Law Enforcement Vehicle    ☐ Former Taxi    ☐ Flood Vehicle

I (we) warrant the title to be free of all liens.

X _____
_____                    _____
Transferor's/Seller's printed name                        Transferor's/Seller's signature

_____
Transferor's/Seller's printed address

**NOTE:  All blank spaces above must be completed before acknowledgement.**

Sworn to and subscribed in my presence by _____ this ____ day of _____, yr. _____.

My commission expires _____ yr. _____.

Printed Notary Name _____

(seal)  Clerk, Deputy Clerk of Courts - Notary _____

## TRANSFEREE'S/BUYER'S ACKNOWLEDGEMENT OF ABOVE ODOMETER CERTIFICATION

X _____
_____                    _____
Transferee's/Buyer's printed name                         Transferee's/Buyer's signature

Warning to transferor and transferee (seller and buyer.) You are required by law to state the true selling price. A false statement is in violation of section 2921.13 of the Ohio Revised Code and is punishable by six months imprisonment and a fine of up to one thousand dollars, or both. All transfers are audited by the Department of Taxation. The seller and buyer must provide any information requested by the Department of Taxation. The buyer may be assessed any additional tax found to be due.

## APPLICATION FOR CERTIFICATE OF TITLE (Type or Print in Ink)  Fee of $5.00 for failure to apply for title within 30 days of assignment.

Check type of application(s):  ☐ Motor Vehicle  ☐ Memorandum  ☐ Watercraft  ☐ Outboard Motor  ☐ Salvage

Applicant's printed name _____ SSN/EIN _____

Applicant's printed address _____
                              STREET              CITY              ZIP          COUNTY

Purchase Price $ _____ Gross Tax Due $ _____ Vendor's Discount $ _____ Tax Paid $ _____

Trade in Allowance $ _____ Condition of vehicle/watercraft/outboard motor (check only one): ☐ Good ☐ Fair ☐ Poor ☐ Wrecked

Tax exemption: ☐ Yes  Reason _____ Dealer's Permit Number _____ Vendor's Number _____

LIEN INFORMATION: If no lien, state "none". If more than one lien, attach statement of all additional liens.

Lienholder _____ Address _____

I (we) state that all information contained in this application is true and correct.          Is Applicant a Minor? ☐ Yes  ☐ No

Applicant's signature X _____          ☐ Printed    ☐ Non Printed

Sworn to and subscribed in my presence by _____ this ____ day of _____ yr. _____.

My commission expires _____ yr. _____.

(seal)  Clerk, Deputy Clerk of Courts - Notary _____



# NADAguides Price Report
### 9/7/2017

## 2016 Keystone RV Passport Grand Touring Series M-2810 BH

## Values

| | Suggested List Price | Low Retail | Average Retail |
|---|---|---|---|
| **Base Price** | $33,306 | $18,800 | $22,650 |
| **Options:** (add) | | | |
| **TOTAL PRICE:** | $33,306 | $18,800 | $22,650 |

### Value Explanations

Prices shown are retail consumer values and to be considered as selling prices. Trade-in values are to be determined by local dealers and are generally lower than values shown.

**Suggested List** — The value listed reflects the approximate price of the unit when it is brand new. The prices listed are furnished by the manufacturer and are assumed to be correct. The list price does not include freight charges.

**Low Retail Value** — A low retail unit may have extensive wear and tear. Body parts may have dents and blemishes. The buyer can expect to invest in cosmetic and/or mechanical work. This vehicle should be in safe running order. Low retail vehicles usually are not found on dealer lots. **Low retail is not a trade-in value.**

**Average Retail Value** — An average retail vehicle should be clean and without glaring defects. Tires and glass should be in good condition. The paint should match and have a good finish. The interior should have wear in relation to the age of the vehicle. Carpet and seat upholstery should be clean, and all power options should work. The mileage should be within the acceptable range for the model year.

An Average Retail vehicle on a dealer lot may include a limited warranty or guarantee, and possibly a current safety and/or emission inspection (where applicable).

**Note:** Vehicles with low mileage that are in exceptionally good condition can be worth a significantly higher value than the Average Retail price shown.

© Copyright 2017 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of J D. Power and Associates. © J.D. Power and Associates 2017, all rights reserved.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Angela D Rhoads** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property       **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list he creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A | Column B | Column C |
|---|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

**2.1  Bank of America**
Creditor's Name

4909 Savarese Cir
Tampa, FL 33634
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> **Charge off $21,859.00**
> **2015 Camper**

| | Column A | Column B | Column C |
|---|---|---|---|
| | $21,859.00 | $18,100.00 | $3,759.00 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of he debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **08/2015**      Last 4 digits of account number  Redacted Redacted

---

**2.2  Harley Davidson Credit**
Creditor's Name

P.O. Box 21829
Carson City, NV 89721
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> **2015 Harley-Davidson Streetglide**
> **25,632 miles**
> **Debtor is listed as co-owner with Michael Pauley on the title.**
> **Location: 7084 Farmers Rd., Martinsville OH 45146**

| | Column A | Column B | Column C |
|---|---|---|---|
| | $11,861.00 | $15,435.00 | $0.00 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Angela D Rhoads** | | Case number (if know) | |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

☐ **Check if this claim relates to a community debt**    ☐ Other (including a right to offset) _____

| Date debt was incurred | **06/2015** | Last 4 digits of account number | Redacted Redacted | _____ |
|---|---|---|---|---|

| 2.3 | **Harley Davidson Credit** | Describe the property that secures the claim: | $15,449.00 | $10,950.00 | $4,499.00 |
|---|---|---|---|---|---|

Creditor's Name

**2016 Harley Davidson FLS Softail Slim 4424 miles
Location: 7084 Farmers Rd., Martinsville OH 45146**

**P.O. Box 21829
Carson City, NV 89721**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of he debtors and another
☐ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **09/2016** | Last 4 digits of account number | Redacted Redacted | _____ |
|---|---|---|---|---|

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$49,169.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$49,169.00** |

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.